# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE GOLDSMITH, | Case No. 2:16-cv-02066-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 21) |
| AARGON COLLECTION AGENCY, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline to respond to the motion to consolidate. Docket No. 21. That stipulation is hereby **GRANTED**, and the deadline to respond to the motion is **EXTENDED** to February 22, 2017.

Counsel is further **ORDERED** to immediately file in the other impacted cases a notice that the stipulation was granted in this case.

IT IS SO ORDERED.

DATED: February 14, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge