AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ Nevada

Eugene Goldsmith

          Plaintiff (s),

V.

Aargon Collection Agency, et al.

          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:16-cv-02066-GMN-NJK

Notice is hereby given that, subject to approval by the court, Aargon Coll. Agency, ~~Armand Fried~~ substitutes
(Party (s) Name)

Stephen A. Watkins , State Bar No. 205175 as counsel of record in
(Name of New Attorney)

place of James Kevin Schultz .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Carlson & Messer LLP
    Address: 5959 West Century Boulevard Ste 1214, Los Angeles, CA 90045
    Telephone: (310) 242-2200     Facsimile (310) 242-2222
    E-Mail (Optional): watkinss@cmtlaw.com

I consent to the above substitution.

Date: 02/27/2017

*Duane Christy*
(Signature of Party (s))

I consent to being substituted.

Date: 3/1/17

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/6/17

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 7, 2017

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]