AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____Nevada_____

Eugene Goldsmith

        Plaintiff (s),

V.

Aargon Collection Agency, et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:16-cv-02066-GMN-NJK

Notice is hereby given that, subject to approval by the court, ~~Aargon Coll. Agency~~, Armand Fried substitutes
(Party (s) Name)

Stephen A. Watkins , State Bar No. 205175 as counsel of record in
(Name of New Attorney)

place of   James Kevin Schultz
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Carlson & Messer LLP

    Address:    5959 West Century Boulevard Ste 1214, Los Angeles, CA 90045

    Telephone:    (310) 242-2200    Facsimile (310) 242-2222

    E-Mail (Optional):    watkinss@cmtlaw.com

I consent to the above substitution.
Date: 2/27/17

*/s/ Armand Fried*
(Signature of Party (s))

I consent to being substituted.
Date: 3/1/17

*/s/*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/6/17

*/s/*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 7, 2017

*/s/*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]