UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Re: FDCPA Litigation Against Aargon Collection Agency, Inc., and Armand Fried | 2:16-cv-02066-GMN-NJK<br>2:16-cv-02072-JAD-GWF<br>2:16-cv-02626-JAD-CWH<br>2:16-cv-02627-RFB-NJK<br>2:16-cv-02630-JAD-VCF<br>2:16-cv-02750-APG-NJK<br>2:16-cv-02930-JCM-NJK<br>2:17-cv-00017-JCM-GWF<br>2:17-cv-00030-RFB-NJK<br>2:17-cv-00031-MMD-NJK<br>2:17-cv-00080-GMN-GWF<br>2:17-cv-00521-JAD-PAL<br>2:17-cv-00525-JAD-PAL<br>2:17-cv-00552-JCM-VCF<br>2:17-cv-00575-JCM-GWF<br>2:17-cv-00576-APG-CWH |
|---|---|

**OMNIBUS TRANSFER ORDER**

Sixteen lawsuits alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and Nevada Revised Statutes Chapter 598 have been filed against Aargon Collection Agency, Inc., and Armand Fried in this district. In each action, the various plaintiffs allege that Aargon Collection Agency, Inc., and Armand Fried employed false and deceptive means to collect debts owed by the plaintiffs. The allegations in each of these cases are nearly identical.

Having reviewed these cases, the judges of this district have concluded that judicial economy will be served by transferring all of these cases to a single District Court Judge and Magistrate Judge. Accordingly, in exercise of the Court's inherent power to control the management of the docket and in order to foster judicial economy,

**IT IS HEREBY ORDERED** that each of these cases shall be **TRANFERRED** to Chief Judge Gloria M. Navarro and Magistrate Judge Nancy J. Koppe, who were assigned the earliest opened case, for all further proceedings:

2:16-cv-02066-GMN-NJK *Goldsmith v. Aargon Collection Agency, Inc. et al*

2:16-cv-02072-JAD-GWF *Zapeda v. Aargon Collection Agency, Inc.*

2:16-cv-02626-JAD-CWH *Crawley v. Aargon Collection Agency et al*

2:16-cv-02627-RFB-NJK *Rodriguez v. Aargon Collection Agency, Inc. et al*

2:16-cv-02630-JAD-VCF *Lovette v. Aargon Collection Agency, Inc. et al*

2:16-cv-02750-APG-NJK *White v. Aargon Collection Agency et al*

2:16-cv-02930-JCM-NJK *Tienda v. Aargon Collection Agency et al*

2:17-cv-00017-JCM-GWF *Prieto-Fierro v. Aargon Collection Agency et al*

2:17-cv-00030-RFB-NJK *Burns v. Aargon Collection Agency et al*

2:17-cv-00031-MMD-NJK *Murillo-Rojano v. Aargon Collection Agency et al*

2:17-cv-00080-GMN-GWF *McCormick v. Aargon Agency Inc. et al*

2:17-cv-00521-JAD-PAL *Landeros v. Aargon Agency Inc. et al*

2:17-cv-00525-JAD-PAL *Hegner et al v. Aargon Agency Inc. et al*

2:17-cv-00552-JCM-VCF *Smith v. Aargon Agency Inc. et al*

2:17-cv-00575-JCM-GWF *Chatman v. Aargon Agency Inc. et al*

2:17-cv-00576-APG-CWH *Pili v. Aargon Agency Inc. et al*

**IT IS FURTHER ORDERED** that the plaintiffs' attorney in these cases, Vernon Nelson, must file a copy of this Order in any future Fair Debt Collection Practices Act case he files against Aargon Collection Agency, Inc., and Armand Fried in this district.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that a hearing on the Motions to Consolidate and Motions to Bifurcate filed in several of these cases is set for Thursday, May 4, 2017, at 9:00 a.m. in Courtroom 7C before the Honorable Gloria M. Navarro, United States District Judge.

**DATED** this  20  day of April, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

_____
Miranda M. Du
United States District Judge

_____
Richard F. Boulware
United States District Judge

_____
Andrew P. Gordon
United States District Judge

_____
Jennifer A. Dorsey
United States District Judge

_____
James C. Mahan
United States District Judge