# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE GOLDSMITH, | Case No. 2:16-cv-02066-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| AARGON COLLECTION AGENCY, et al., | |
| Defendant(s). | |

On May 4, 2017, Chief United States District Judge Gloria M. Navarro consolidated this and 15 other cases for discovery and pretrial motion practice. Docket No. 47. The parties are hereby **ORDERED** to file a joint statement as to the schedule by which these cases should proceed. In that joint statement, the parties shall include a deadline by which to file any motions for consolidation or bifurcation of trial. That joint statement shall be filed by May 11, 2017.

IT IS SO ORDERED.

DATED: May 4, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge