# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EUGENE GOLDSMITH,

        Plaintiff(s),

vs.

AARGON COLLECTION AGENCY, et al.,

        Defendant(s).

Case No. 2:16-cv-02066-GMN-NJK

ORDER

On May 4, 2017, the undersigned ordered the parties to file a joint statement as to the schedule by which these cases should proceed by May 11, 2017. Docket No. 70. The parties have failed to comply. The Court again **ORDERS**, this time by May 16, 2017, that the parties file the joint statement as outlined in Docket No. 70.[1]

IT IS SO ORDERED.

DATED: May 12, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] On May 12, 2017, the parties filed a joint interim status report indicating that they expected the undersigned to issue a new discovery plan. Docket No. 73 at 2. To the extent the parties believe the undersigned will be doing so *sua sponte*, they are incorrect per the order at Docket No. 70.