# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE GOLDSMITH, et al., | Case No. 2:16-cv-02066-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 108) |
| AARGON COLLECTION AGENCY, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to engage in mediation and set depositions for certain dates. Docket No. 108. Parties do not need Court approval to engage in mediation or to set deposition dates. *See, e.g.*, Fed. R. Civ. P. 29. Accordingly, the stipulation is **DENIED** as unnecessary.[1]

IT IS SO ORDERED.

DATED: January 26, 2018

NANCY J. KOPPE
United States Magistrate Judge

---

[1] To the extent the parties are implicitly seeking some unspecified relief (*e.g.*, staying discovery pending mediation or extending deadlines set by the Court), the Court declines to guess as to what relief is actually being sought and expresses no opinion herein on such issues.