VERNON A. NELSON, JR., ESQ.
Nevada Bar No.:  6434
MELISSA INGLEBY, ESQ.
Nevada Bar No.: 12935
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV  89123
Tel.:  702-476-2500
Fax.:  702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
          mingleby@nelsonlawfirmlv.com
*Attorney for Plaintiffs Eugene Goldsmith et al.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE GOLDSMITH,<br><br>                         Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka<br>AARGON AGENCY, INC.); and<br>ATTORNEY ARMAND FRIED,<br><br>                         Defendants. | CASE NO.:        2:16-cv-02066-GMN-NJK<br><br><br>**INTERIM STATUS REPORT**<br><br>**SUBMITTED IN COMPLIANCE WITH<br>LOCAL RULE 26.3** |

Plaintiffs EUGENE GOLDSMITH et al., and Defendants AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC. ("Aargon") and ATTORNEY ARMAND FRIED ("Fried") (collectively, the "Parties"), by and through their respective counsel, hereby submit this Interim Status Report pursuant to LR 26-3.

Defendants have filed motions to dismiss in eight of the 19 cases to date:

1.    *Landeros v. Aargon*– Filed 3/16/17

2.    *Smith v. Aargon* - Filed 3/17/17

3.    *Chatman v. Aargon* - Filed 3/20/17

4.    *Pili v. Aargon* - Filed 3/20/17

5.    *Jackson v. Aargon* – Filed 5/30/17

6.    *Serrata v. Aargon* – Filed 5/30/17

7.    *Phillips v. Aargon*– Filed 5/30/17

**THE LAW OFFICE OF VERNON NELSON**
ATTORNEY AT LAW

8.      *Mercado v. Aargon* – Filed 5/30/17

Defendants assert these motions assert defenses that are substantially similar to defenses that could be relevant to all 19 matters.  Given the pending Motions to Dismiss, the Defendants assert that any estimate of the time for trial, trial availability and viability of dispositive motions as required by LR 26-3 is premature.

The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and use of the Short Trial Program (General Order 2013-01), but they decline. The Parties have agreed to mediate this matter, and the stipulated cases before the Honorable Jackie Glass (Ret.) on February 23, 2018. The Parties have further agreed to conduct depositions of the Defendants, and Plaintiffs shortly thereafter if unable to resolve the matter at mediation.

If this matter does not resolve at mediation, Defendants will likely move for summary judgment in these matters in line with the arguments set forth in its motions to dismiss.

DATED this 29th day of January 2018.

THE LAW OFFICE OF VERNON NELSON

_____/s/ Melissa Ingleby_____
By: VERNON NELSON, ESQ.
Nevada Bar No.: 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No.: 12935
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV  89123
Tel:  702-476-2500
Fax:  702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Eugene Goldsmith et al.*

CARLSON & MESSER LLP

_/s/ Stephen A. Watkins_____
By: Stephen A. Watkins, Esq.
Cal. Bar. No. 205175
*(pro hac vice)*
5901 W. Century Blvd.., 1200
Los Angeles, CA  90045
Tel:  (310) 242-2200
Fax:  (310) 242-2222
Email:  watkinss@cmtlaw.com
*Attorneys for Defendants, Aargon Agency, Inc.(incorrectly named as Aargon Collection Agency); Armand Fried*