VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax. : 702-476-2788
E-mail : vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Eugene Goldsmith, et. al.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE GOLDSMITH,<br><br>                Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>                Defendant. | CASE NO.:    2:16-cv-02066-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.) and ATTORNEY ARMAND FRIED, WITH PREJUDICE**<br><br>***Goldsmith v. Aargon Collection Agency et al.*** |

Upon agreement between Plaintiffs Sondrea Burns, Daniel Chatman, Kara Crawley, Representative of the estate of Eugene Goldsmith (deceased)("Goldsmith"), Christopher Hegner, Leslie Hegner, Kinika Jackson, Cristal Landeros (Acosta), Marcus Lovette, Jonathan Murillo-Rojano, Mataese Pili, Claudia Prieto-Fierro, Belinda McCormick, Michelle Mercado, Corina Phillips, Dana Serrata, Michael Smith, Josephine Tienda, Joshawna White, Teodoro Zapeda ("Plaintiffs") and Aargon Collection Agency aka Aargon Agency, Inc. and Attorney Armand Fried ("Defendants") in the above-referenced consolidated matter:

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED that the Defendants, AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.) and ATTORNEY ARMAND FRIED shall be dismissed from this action, with prejudice.

DATED this 16th day of May, 2018                    DATED this 16th day of May, 2018

THE LAW OFFICE OF VERNON NELSON          CARLSON & MESSER LLP

　　*/s/ Vernon Nelson*                                             */s/ Stephen A. Watkins*
By: VERNON NELSON, ESQ.                          By: Stephen A. Watkins, Esq.
Nevada Bar No.: 6434                                       Cal. Bar. No. 205175
9480 S. Eastern Avenue, Suite 252                    *(pro hac vice)*
Las Vegas, NV   89123                                      5901 W. Century Blvd.., 1200
Tel:  702-476-2500                                            Los Angeles, CA  90045
Fax:  702-476-2788                                           Tel:  (310) 242-2200
E-Mail:  vnelson@nelsonlawfirmlv.com          Fax:  (310) 242-2222
*Attorney for Plaintiff Eugene Goldsmith et al.*   Email:  watkinss@cmtlaw.com
                                                                             *Attorneys for Defendants Aargon Collection Agency aka Aargon Agency, Inc. and Attorney Armand Fried*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS SO ORDERED** per the stipulation of the parties, Defendants, AARGON |
| 3 | COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED, |
| 4 | shall be dismissed from this action with prejudice. |

**ORDER**

**IT IS SO ORDERED** per the stipulation of the parties, Defendants, AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED, shall be dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** per the stipulation of the parties, Plaintiffs Sondrea Burns, Daniel Chatman, Kara Crawley, Representative of the Estate of Eugene Goldsmith (deceased)("Goldsmith"), Christopher Hegner, Leslie Hegner, Kinika Jackson, Cristal Landeros (Acosta), Marcus Lovette, Jonathan Murillo-Rojano, Mataese, Pili, Claudia Prieto-Fierro, Belinda McCormick, Michelle Mercado, Corina Phillips, Dana Serrata, Michael Smith, Josephine Tienda, Joshawna White, Teodoro Zapeda, shall bear their own costs and attorney's fees.

The clerk of court is instructed to close the case.

**IT IS SO ORDERED.**

DATED this __22__ day of May, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT